Law Offices of Andrew P Rundquist SBN 262523
501 W Broadway Suite A144
San Diego CA 92101
(619) 992-9148
andrew@rundquistlaw.com
Attorney for Plaintiff TRACY SLOTNICK

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| TRACY SLOTNICK<br><br>Plaintiff,<br><br>vs.<br><br>I.C.Q. SEARCH AND RECOVERY; AND DOES 1-10, INCLUSIVE<br><br>Defendant | Case No.: 5:17-cv-02294-JGB-KK<br><br>**ENTRY OF JUDGMENT** |

    THIS MATTER comes before the Court on Plaintiff's Application for Entry of Judgment.

    WHEREUPON, it appearing Defendant has offered to allow a judgment in favor of Plaintiff to be entered against it, in the amount of $2,000.00. In addition, Defendant has offered to allow a judgment for Plaintiff's reasonable costs and reasonable attorney fees incurred in this litigation to be entered against it in an amount to be agreed to by counsel for the parties or, failing agreement, in an amount to be determined by the Court; and

    WHEREUPON, it appearing Plaintiff has accepted Defendants' Offer of Judgment; and

WHEREUPON, the Court, having considered Defendant's Offer of Judgment pursuant to Fed. R. Civ. P. 68, Plaintiff's acceptance of that Offer of Judgment, the Court file, and being otherwise duly advised in the premises, finds Judgment should be, and hereby is, GRANTED in favor of the Plaintiff in this matter.

IT IS THEREFORE BY THE COURT ORDERED, ADJUDGED AND DECREED Plaintiff shall have and recover judgment against Defendant I.C.Q. SEARCH AND RECOVERY in the sum of $2,000.00 together with interest thereon at the judgment rate until paid.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT Plaintiff shall have and recover judgment against Defendant I.C.Q. SEARCH AND RECOVERY in an amount to be agreed to by counsel for the parties or, failing agreement, in an amount to be determined by the Court, for the reasonable costs and reasonable attorney fees incurred in representing Plaintiff in this matter.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT Plaintiff shall submit a Motion for Attorney Fees and Costs and any desired briefing to the Court within 30 days after the entry of this Judgment. Thereafter, Defendant may submit their Response, if any, to Plaintiff's Motion for Attorney Fees and Costs and Plaintiff may submit her Reply, if any to Defendant's Response.

IT IS SO ORDERED.

Dated this 2nd day of August, 2018.

_____
The Honorable Jesus G. Bernal
United States District Judge