1
2
3
4            UNITED STATES DISTRICT COURT
5      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
6
   Tracy Slotnick,                          Case No.
7                                    EDCV 17-2294 JGB (KKx)
8                          Plaintiffs,
9        v.                               **JUDGMENT AS TO
                                          ATTORNEY'S FEES**
10
11  I.C.Q. Search and Recovery
12                          Defendants.
13

14  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

15        Pursuant to the Order entered on September 19, 2018 (Dkt. No. 40),

16  Plaintiff's motion for attorney's fees and costs is GRANTED.  Plaintiff is awarded

17  $31,455 in attorney's fees from Defendant I.C.Q. Search and Recovery.

18
19
20
    Dated: September 27, 2018
21
22                                  THE HONORABLE JESUS G. BERNAL
23                                  United States District Judge
24
25
26
27
28