UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| TRACY SLOTNICK<br><br>　　　　Plaintiff,<br><br>vs.<br><br>I.C.Q. SEARCH AND RECOVERY; AND DOES 1-10, INCLUSIVE<br><br>　　　　Defendant | Case No.: 5:17-cv-02294-JGB-KK<br><br>**AMENDED JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　　Pursuant to the Order filed September 19, 2018 [Doc. 40], Plaintiff was awarded $31,455 in attorney's fees from Defendant I.C.Q. Search and Recovery.

　　　　Pursuant to the Order filed November 1, 2018 [Doc. 49], Plaintiff was awarded an additional $3,100.00 in attorney's fees from Defendant I.C.Q. Search and Recovery.

　　　　Plaintiff therefore is awarded $34,555 in attorney's fees from Defendant I.C.Q. Search and Recovery.

Dated: November 5, 2018

　　　　　　　　　　　　　　　　　　THE HONORABLE JESUS BERNAL
　　　　　　　　　　　　　　　　　　United States District Judge

1